# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DAMON EUGENE ODEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:17-cv-01724-KOB-JEO ) |
| JULIAN M. KING, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 2, 2018, recommending the court dismiss this action without prejudice for the plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 9). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. In accordance with 28 U.S.C. § 1915A(b)(1), the court finds this action should be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 28th day of August, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE